**Dante HAYES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 51080.**

Missouri Court of Appeals,
Western District.

Jan. 23, 1996.

Emmett D. Queener, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Joiner, Asst. Atty. Gen., Jefferson City, for respondent.

Before ELLIS, P.J., and HANNA and SPINDEN, JJ.

### ORDER

PER CURIAM.

Dante Hayes appeals the circuit court's denial of his motion, filed pursuant to Rule 24.035, to vacate, set aside, or correct the judgment of conviction for two counts of murder in the first degree, two counts of kidnapping, four counts of armed criminal action, and one count of burglary. He charged his attorney with coercing him to plead guilty to the charges. We affirm the circuit court's denial of his motion. Discern-

tially the same since their original enactment in 1825. *Yates v. Durk,* 464 S.W.2d 43, 46 n. 3 (Mo.App.1971).

ing no jurisprudential value in publishing an opinion, we issue this summary order. Rule 84.16(b). We have issued a memorandum to the parties explaining the basis for our ruling.